**MEMO ENDORSED**

THE LAW FIRM OF
IRA SCOT MEYEROWITZ
347 Fifth Avenue
Suite 1300
New York, New York 10016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/07

October 30, 2007

*Conference adjourned from November 30, 2007 to November 2, 2007 at 12:00 p.m.*

*SO ORDERED.*

*P.K.C. USDJ*
*10-30-07*

VIA FAX (212) 805-7949

Hon. P. Kevin Castel
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St, Room 1670
New York, NY 10007

Re:  American Talent Agency v. Laroda, et al.; 07-cv-8216 (PKC)(GWG)

Dear Judge Castel:

We represent plaintiff American Talent Agency, Inc. ("Plaintiff") in the above-captioned action and write to request an adjournment of the court conference scheduled for Friday, November 2, 2007. There have been no previous requests for an extension. To date, we have been unable to serve defendants with the Summons and Complaint at their last known addresses in California. We have reason to believe that they are evading our process server. We request the adjournment for two reasons. First, until we effectuate service, a conference would be a waste of the Court's time. Second, I have a long awaited and scheduled deposition in another matter on the date of the conference. For these reasons, we respectfully request that the Court grant Plaintiff an adjournment of the conference until defendants are served and/or make an appearance in this action.

Respectfully submitted,

Ira Scot Meyerowitz

Phone: (212) 686-7006    Fax: (212) 686-7113    E-mail: ira@meyerowitzlaw.com