DEWEY & LEBOEUF, LLP
L. Londell McMillan
Frank C. Salzano
125 West 55th Street
New York, New York 10019
(212) 424-8000
*Attorneys for Defendants*
*Barrett LaRoda and LaRoda Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
AMERICAN TALENT AGENCY, INC.   :   07 CV 8216 (PKC)
                               :
             Plaintiff.        :
                               :
      v.                       :   **NOTICE OF**
                               :   **APPEARANCE**
BARRETT LARODA, and            :
LARODA GROUP, INC.             :
                               :
             Defendants.       :
-------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned has been retained by and hereby appears as counsel for defendants Barrett LaRoda and LaRoda Group, Inc., for all matters in the above-captioned action and demands that all copies of papers and proceedings in this action subsequent to the date of this notice, be served upon the undersigned at the address below.

Dated: New York, New York
       February 20, 2008

                                                                   DEWEY & LEBOEUF, LLP

                                                                   By: _____/s/_____
                                                                   L. Londell McMillan
                                                                   Frank C. Salzano
                                                                   125 West 55th Street
                                                                   New York, New York 10019
                                                                   (212) 424-8000 (phone)
                                                                   (212) 424-8500 (fax)
                                                                   *Attorneys for Defendants*
                                                                   *Barrett LaRoda and*
                                                                   *LaRoda Group, Inc.*