UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
AMERICAN TALENT AGENCY, INC.           :
                                       :   07 CV 8216 (PKC)
        Plaintiff,                     :   (ECF Case)
                                       :
        -against-                      :
                                       :   **RULE 7.1 STATEMENT**
BARRETT LARODA, and                    :
LARODA GROUP, INC.                     :
                                       :
        Defendants.                    :
                                       :
----------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant LaRoda Group, Inc., (the "Defendant"), by and through its attorneys, Dewey & LeBoeuf LLP, for itself and no other defendant, hereby submits that the following are corporate parents, affiliates and/or subsidiaries of the Defendant which are held:

    None.

Dated: New York, New York
      February 25, 2008

                                  DEWEY & LEBOEUF LLP

                                  _____/s/_____
                                  L. Londell McMillan
                                  Frank C. Salzano
                                  125 West 55th Street
                                  New York, New York 10019
                                  Phone: (212) 424-8000
                                  Facsimile: (212) 424-8500

                                  *Attorneys for Defendants Barrett LaRoda*
                                  *and LaRoda Group, Inc.*