```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMERICAN TALENT AGENCY,                    :
                                           :
                                           :
                          Plaintiff,       :
                                           :        07 Civ.8216 (PKC)
            - against -                     :
                                           :
                                           :        REVISED CIVIL CASE
                                           :        MANAGEMENTPLAN AND
                                           :        SCHECULING ORDER
BARRETT LARODA and LARODA GROUP, INC.      :
                          Defendants.      :
                                           :
-----------------------------------------------------------x

The Civil Case Management Plan and Scheduling Order is modified as follows:

1.    The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended
      to _October 17, 2008_

2.    The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to
      _November 28, 2008_ ;

3.    Other directions to the parties:

4.    The next Case Management Conference [the Final Pretrial Conference] will be held on
      _October 31, 2008_ at _10:00_ (am)/pm. Any conference scheduled for a date prior thereto is
      adjourned. vacated.         ← The July 25

5.    In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar
      as it may have been previously modified by Order of this Court, remain in full force and effect.

2

P. Kevin Castel
United States District Judge

Dated:   New York, New York
         June 26, 2008